**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JEFFREY LUCKY,**

       Petitioner,

  vs.                            Civil Action 2:09-CV-809
                                 Judge Smith
                                 Magistrate Judge King

**WARDEN EDWARD SHELDON,**

       Respondent.

<u>ORDER</u>

       On October 19, 2010, the United States Magistrate Judge recommended that this action be dismissed as procedurally defaulted. *Report and Recommendation*, Doc. No. 12.  Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection to the recommendation.

       The *Report and Recommendation,* doc. No. 12, is hereby **ADOPTED AND AFFIMED.**  This action is hereby **DISMISSED** as procedurally default.

       The Clerk shall enter **FINAL JUDGMENT** in this action.

                                           *s/George C. Smith*
                                      **George C. Smith, Judge**
                                      **United States District Court**